1 KAREN P. HEWITT
United States Attorney
2 DAVID M. McNEES
Special Assistant U.S. Attorney
3 California State Bar No. 216612
Federal Office Building
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED

2008 MAY 14  PM 3: 00

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$45,000.00 IN U.S. CURRENCY,<br><br>TWO RABOBANK CASHIER'S CHECKS AT A TOTAL VALUE OF $31,000.00,<br><br>ONE WELLS FARGO CHECK #028203098 IN THE AMOUNT OF $17,000.00,<br><br>ONE RABOBANK CHECK #012000742 IN THE AMOUNT OF $8,000.00,<br><br>ONE RABOBANK CHECK #012000743 IN THE AMOUNT OF $8,000.00,<br><br>$8,000.00 IN U.S. CURRENCY,<br><br>  Defendants. | Civil No. 08 CV 0862 IEG CAB<br><br>EX PARTE MOTION TO APPOINT THE UNITED STATES MARSHAL AS CUSTODIAN AND TO DEPOSIT DEFENDANT CURRENCIES IN SEIZED ASSETS DEPOSIT ACCOUNT AND TO SUBSTITUTE THE RES |

   COMES NOW the plaintiff, United States of America, and moves this Court for an exception to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as custodian of the defendants upon execution of the warrant of arrest in rem. In support of this motion, plaintiff states as follows:

1.     The United States Marshals office has been staffed with personnel experienced in providing for the management of properties such as the defendants in this case.

2.     The United States Marshal has consented to assume responsibility for the protection, maintenance, and safety of the defendants during the period the same remain in <u>custodia</u> <u>legis</u>.

3.     The continued custody of the United States Marshal following execution of the warrant of arrest <u>in</u> <u>rem</u> is necessary and in the best interests of the plaintiff in this case, given the nature of the defendants and the expertise within the United States Marshals Service to provide for the management, protection and preservation of the defendants.

4.     The United States Marshal has established an account, the Seized Assets Deposit Account, for the deposit of seized currency until further order of the Court. It is further requested that the United States Marshal place the defendant currencies in the Seized Assets Deposit Account administered by the United States Marshal. In the event any of the defendant currency is ordered to be returned to any claimant, the Court may order the payment of interest thereon. Depositing seized currency in such an account is proper. <u>See</u>, <u>United States v. $57,480.05</u>, 722 F.2d 1457 (9th Cir. 1984) (placing seized cash in bank account was not improper). The account credit of tangible dollars will constitute an appropriate substitute for the original defendant currency or currencies (<u>res</u>). <u>Id</u>.

WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be granted permitting the appointment of the United States Marshal as custodian of the defendants and that the defendant currencies be deposited in the aforementioned account and the <u>res</u> be therefore substituted in this action.

DATED: May 14, 2008

                              KAREN P. HEWITT
                              United States Attorney

                              */s/ David McNees*

                              DAVID M. McNEES
                              Special Assistant U.S. Attorney