FILED
08 MAY 21 AM 9:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>$45,000.00 IN U.S. CURRENCY,<br><br>TWO RABOBANK CASHIER'S CHECKS AT A TOTAL VALUE OF $31,000.00,<br><br>ONE WELLS FARGO CHECK #028203098 IN THE AMOUNT OF $17,000.00,<br><br>ONE RABOBANK CHECK #012000742 IN THE AMOUNT OF $8,000.00,<br><br>ONE RABOBANK CHECK #012000743 IN THE AMOUNT OF $8,000.00,<br><br>$8,000.00 IN U.S. CURRENCY,<br><br>          Defendants. | Civil No. 08 CV 0862 IEG CAB<br><br>ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT CURRENCIES INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |

    Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant properties during the time they remain in the custody of this Court under its process herein,

//

1  IT IS HEREBY ORDERED that upon the arrest of the defendant properties, the United States Marshal shall be custodian of the defendant properties on behalf of this Court until further order, and

IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currencies in the Seized Assets Deposit Account which shall be substituted as the res in this action.

DATED: 5/18/08

_____
UNITED STATES DISTRICT JUDGE