```
1  RICHARD M. BARNETT, Esq.
   A Professional Law Corporation
2  SBN #65132
   105 West F Street, 4th Floor
3  San Diego, CA 92101
   Telephone: (619) 231-1182
4

5  Attorney for Claimant
   David Rafael Lomas-Lopez
6
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CV-0862IEG(CAB) |
| Plaintiff, ) | **CLAIM OF DAVID RAFAEL LOMAS-LOPEZ** |
| v. ) | |
| $45,000.00 IN U.S. CURRENCY, ) | |
| TWO RABOBANK CASHIER'S ) CHECKS AT A TOTAL VALUE ) OF $31,000.00, ) | |
| ONE WELLS FARGO CHECK ) #028203098 IN THE AMOUNT ) OF $17,000.00, ) | |
| ONE RABOBANK CHECK ) #012000742 IN THE AMOUNT ) OF $8,000.00, ) | |
| ONE RABOBANK CHECK ) #012000743 IN THE AMOUNT ) OF $8,000.00, ) | |
| $8,000.00 IN U.S. CURRENCY, ) | |
| Defendants. ) | |

Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, I, DAVID RAFAEL LOMAS-LOPEZ, hereby demand the return and restitution of the defendant currency, and

///

///

claim the right to defend this action as an owner of the seized currency and the bailee of my wife, Maria Auxillio Lomas.

I declare under penalty of perjury the foregoing is true and correct.

Executed this <u>26th</u> day of JUNE, 2008, at San Diego, CA.

_____
DAVID RAFAEL LOMAS-LOPEZ, Claimant

claim the right to defend this action as an owner of the seized currency and the bailee of my wife, Maria Auxillio Lomas.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 26th day of JUNE, 2008, at San Diego, CA.

_____
DAVID RAFAEL LOMAS-LOPEZ, Claimant

## CERTIFICATE OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on June 26, 2008, I have caused service of Claim of David Rafael Lomas-Lopez on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of June, 2008, at San Diego, California.

s/ Richard M. Barnett
RICHARD M. BARNETT