1  RICHARD M. BARNETT, Esq.
   A Professional Law Corporation
2  SBN #65132
   105 West F Street, 4th Floor
3  San Diego, CA 92101
   Telephone: (619) 231-1182
4

5  Attorney for Claimant
   Antonio Lomas
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              )   Case No. 08-CV-0862IEG(CAB)
11                                         )
                  Plaintiff,               )   **CLAIM OF ANTONIO LOMAS**
12                                         )
          v.                               )
13                                         )
   $45,000.00 IN U.S. CURRENCY,            )
14                                         )
   TWO RABOBANK CASHIER'S                  )
15 CHECKS AT A TOTAL VALUE                 )
   OF $31,000.00,                          )
16                                         )
   ONE WELLS FARGO CHECK                   )
17 #028203098 IN THE AMOUNT                )
   OF $17,000.00,                          )
18                                         )
   ONE RABOBANK CHECK                      )
19 #012000742 IN THE AMOUNT                )
   OF $8,000.00,                           )
20                                         )
   ONE RABOBANK CHECK                      )
21 #012000743 IN THE AMOUNT                )
   OF $8,000.00,                           )
22                                         )
   $8,000.00 IN U.S. CURRENCY,             )
23                                         )
                  Defendants.              )
24 _____)

25        Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, I,

26 ANTONIO LOMAS, hereby demand the return and restitution of the defendant currency, and

27 ///

28 ///


                                          1

1  claim the right to defend this action as an owner of the seized currency and the bailee of my wife, Lidia
2  Lomas.
3      I declare under penalty of perjury the foregoing is true and correct.
4      Executed this 26th day of JUNE, 2008, at San Diego, CA.

              _____
              ANTONIO LOMAS, Claimant

## CERTIFICATE OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on June 26, 2008, I have caused service of Claim of Antonio Lomas on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of June, 2008, at San Diego, California.


s/ Richard M. Barnett
RICHARD M. BARNETT