RICHARD M. BARNETT, Esq.
A Professional Law Corporation
SBN #65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (6l9) 231-1182

Attorney for Claimant
David Rafael Lomas-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                            )<br>              Plaintiff,                          )<br>                                                            )<br>        v.                                              )<br>                                                            )<br>$45,000.00  IN U.S. CURRENCY,      )<br>                                                            )<br>TWO RABOBANK CASHIER'S        )<br>CHECKS AT A TOTAL VALUE        )<br>OF $31,000.00,                                  )<br>                                                            )<br>ONE WELLS FARGO CHECK          )<br>#028203098 IN THE AMOUNT       )<br>OF $17,000.00,                                  )<br>                                                            )<br>ONE RABOBANK CHECK                )<br>#012000742 IN THE AMOUNT       )<br>OF $8,000.00,                                    )<br>                                                            )<br>ONE RABOBANK CHECK                )<br>#012000743 IN THE AMOUNT       )<br>OF $8,000.00,                                    )<br>                                                            )<br>$8,000.00 IN U.S. CURRENCY,         )<br>                                                            )<br>              Defendants.                     )<br>─────────────────────────) | Case No. 08-CV-0862IEG(CAB)<br><br>**ANSWER TO COMPLAINT FOR**<br>**FORFEITURE (DAVID LOMAS-LOPEZ)** |

   COMES NOW the Claimant, DAVID RAFAEL LOMAS-LOPEZ, and in answer to Plaintiff's Complaint for Forfeiture, hereby responds, alleges, and otherwise pleads as follows:

   1.  Claimant denies each and every allegation set forth in Paragraph 1. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

1

2. Claimant denies each and every allegation set forth in Paragraph 2. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

3. Answering Paragraph 3. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## Count 1

### $45,000.00 IN U.S. CURRENCY

4. Answering Paragraph 4. of the Complaint, Claimant hereby incorporates his responses to Paragraphs 1-3 herein as if fully repeated herein.

5. Claimant denies each and every allegation set forth in Paragraph 5. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive

6. Claimant denies each and every allegation set forth in Paragraph 6. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

7. Claimant denies each and every allegation set forth in Paragraph 7. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

8. Answering Paragraph 8. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## Count 2

### TWO RABOBANK CASHIER'S CHECKS AT A TOTAL VALUE OF $31,000.00

9. Answering Paragraph 9. of the Complaint, Claimant hereby incorporates his responses to Paragraphs 1-3 herein as if fully repeated herein.

10. Claimant denies each and every allegation set forth in Paragraph 10. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

11. Claimant denies each and every allegation set forth in Paragraph 11. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

12. Claimant denies each and every allegation set forth in Paragraph 12. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

13. Answering Paragraph 13. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## Count 3

### ONE WELLS FARGO CHECK #028203098 IN THE AMOUNT OF $17,000.00

14. Answering Paragraph 14. of the Complaint, Claimant hereby incorporates his responses to Paragraphs 1-3 herein as if fully repeated herein.

15. Claimant denies each and every allegation set forth in Paragraph 15. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

16. Claimant denies each and every allegation set forth in Paragraph 16. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

17. Claimant denies each and every allegation set forth in Paragraph 17. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive

18. Answering Paragraph 14. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## Count 4

### ONE RABOBANK CHECK#012000742 IN THE AMOUNT OF $8,000.000

19. Answering Paragraph 19. of the Complaint, Claimant hereby incorporates his responses to Paragraphs 1-3 herein as if fully repeated herein.

20. Claimant denies each and every allegation set forth in Paragraph 20. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

21. Claimant denies each and every allegation set forth in Paragraph 21. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

22.  Claimant denies each and every allegation set forth in Paragraph 22. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

23.  Answering Paragraph 23. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

### Count 5

**ONE RABOBANK CHECK #012000743 IN THE AMOUNT OF $8,000.00**

24.  Answering Paragraph 24. of the Complaint, Claimant hereby incorporates his responses to Paragraphs 1-3 herein as if fully repeated herein.

25.  Claimant denies each and every allegation set forth in Paragraph 25. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

26.  Claimant denies each and every allegation set forth in Paragraph 26. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

27.  Claimant denies each and every allegation set forth in Paragraph 27. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

28.  Answering Paragraph 28. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

### Count 6

**$8,000.00 IN U.S. CURRENCY**

29.  Answering Paragraph 29. of the Complaint, Claimant hereby incorporates his responses to Paragraphs 1-3 herein as if fully repeated herein.

30.  Claimant denies each and every allegation set forth in Paragraph 30. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

31.  Claimant denies each and every allegation set forth in Paragraph 31. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

32. Claimant denies each and every allegation set forth in Paragraph 32. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

33. Answering Paragraph 33. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## AFFIRMATIVE DEFENSE(S)

### FIRST AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges the subject Complaint as pled fails to state facts sufficient to constitute a cause of action against the defendant properties.

### SECOND AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges plaintiff lacked probable cause for the institution of the forfeiture action.

### THIRD AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the forfeiture in this case is disproportionate, and is a violation of the Eighth Amendment to the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant allege Claimant's ownership interest (legal and/or beneficial) is not forfeitable in the property by reason that any and all acts or omissions alleged as the basis for forfeiture have been committed or omitted without the knowledge or consent of Claimant (i.e. Claimant was and is what is commonly referred to as an innocent owner).

### FIFTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the searches which led to the seizure of the defendant currency violated the Fourth Amendment to the United States Constitution.

WHEREFORE, claimant prays for judgment as follows:

1. That the Complaint be dismissed with prejudice;

2. That the subject properties be returned to Claimant;

3. For reasonable attorney's fees herein and costs of suit; and

4. For such other and further relief as the Court may deem just.

DATED: June 20, 2008

/s/ Richard M. Barnett
RICHARD M. BARNETT, ESQ.
rmb-atty@pacbell.net

Attorney for Claimant
DAVID RAFAEL LOMAS-LOPEZ

## CERTIFICATE OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on June 20, 2008, I have caused service of Answer to Complaint for Forfeiture on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of June, 2008, at San Diego, California.


/s/ Richard M. Barnett
RICHARD M. BARNETT