UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>$45,000 IN U.S. CURRENCY,<br><br>                    Defendant. | Civil No.   08cv0862-IEG (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for plaintiff contacted the Court on August 22, 2008, and represented that the case has settled. Accordingly, the telephonic status conference set for August 25, 2008 at 10:00 a.m. is **HEREBY VACATED**.

**IT IS HEREBY FURTHER ORDERED**:

1. A Joint Motion for Dismissal shall be electronically filed on or before **September 9, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Irma E. Gonzalez, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

on or before September 9, 2008, then a Settlement Disposition Conference shall be held on **September 10, 2008**, at **9:30 a.m.** before Judge Bencivengo. The conference shall be telephonic, with attorneys only. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before September 9, 2008, the Settlement Disposition Conference shall be vacated.

DATED: August 22, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge